IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2020-cv-00629-RBJ

J.H.,

      Plaintiff,

v.

THE GEO GROUP, INC.,
JORDAN C. LUJAN,
LISA L/N/U,
MARY L/N/U,
MARY MAZE,
ASHLEY LEROSSING, and
MATTHEW BRANDT

      Defendants.

_____

### SUGGESTION OF DEATH PURSUANT TO FED. R. CIV. P. 25 (a)
_____

Counsel for Defendants The GEO Group, Inc., Mary Maze (correctly known as Mary "Maes"), Ashley Lerossing (correctly known as Ashley "Lerossignol"), and Matthew Brandt, pursuant to Fed. R. Civ. P. 25 (a), give notice to the Court, all Parties and their counsel of record that Defendant Mary Maes died on October 2, 2020. This Notice of Death was served on Yvette Armijo (Mary Maes' mother).

Respectfully submitted,

Date:  December 11, 2020

s/ Alexandria L. Bell
Alexandria L. Bell
    VAUGHAN & DeMURO
    111 South Tejon, Suite 545
    Colorado Springs, CO 80903
    (719) 578-5500 (phone)
    Abell@vaughandemuro.com (e-mail)
ATTORNEY FOR GEO DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Lane
Dlane@kln-law.com

Liana Orshan
lorshan@kln-law.com

William O'Connell
WOConnell@warllc.com

Ann Smith
asmith@vaughandemuro.com

Gordon Vaughan
gvaughan@vaughandemuro.com

and I certify that a copy of the foregoing was served via U.S. Certified Mail upon the following:

Yvette Armijo
8340 Auburn Lane
Westminster, CO 80031

s/ Alexandria L. Bell
Alexandria L. Bell

2